UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* ALAN BRAND,<br><br>Plaintiffs,<br><br>v.<br><br>MIROMEDICAL, P.C.; LAWRENCE T. CHIARAMONTE, MD; NATALIA DOCHIM; FELICITAS G. AMADOR, MD; ARISTIDE BURDUCEA, DO; KARL CIRINCIONE, DPM; JOSEPH F. DORSTEN, DO; CLARISSE D. CLEMONS FERRARA, MD; SAWEY ABDELKHALEK HARHASH, MD; JONATHAN C. LAQUI, PT; MUJIBUR MAJUMDER, MD; JEAN MARIE YVES CARL SAINT-PREUX, MD; ILYA MARK SMUGLIN, MD; and SANDY WEEKES, FNP,<br><br>Defendants. | CASE NO. 16-cv-04935-LAK<br><br><br><br>**ORDER GRANTING LEAVE FOR RELATOR TO FILE UNDER SEAL RELATOR'S RESPONSE TO THE COURT'S JUNE 24, 2024 ORDER TO SHOW CAUSE** |

**AND NOW**, this 10th day of July, 2024, having considered Plaintiff-Relators' Motion for Leave to File Under Seal Relator's Response to the Court's June 24, 2024 Order to Show Cause, and for good cause shown, it is hereby **ORDERED** that Plaintiff-Relator's Motion is granted. It is further **ORDERED** that Plaintiff-Relator's Response to the Court's June 24, 2024 Order to Show Cause, including the supporting Declaration of Stephen A. Weiss, Esq., shall be sealed pending further order of this Court.

**IT IS SO ORDERED.**

Dated: July 10, 2024

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE