UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA ex rel. ALAN BRAND,

                Plaintiff,

       -against-                                      16-cv-4935 (LAK)

MIROMEDICAL P.C., et al.,

                Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The order to show cause dated June 24, 2024 is discharged. Relator shall file a status report with the Court on the resolution of this case on or before September 9, 2024.

        SO ORDERED.

Dated:     July 10, 2024

                                                          Lewis A. Kaplan
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-24