UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA ex rel. ALAN BRAND,

              Plaintiff,

       -against-                           16-cv-4935 (LAK)

MIROMEDICAL P.C., et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Relator shall file a status report with the Court on the resolution of this case on or before February 3, 2026.

       SO ORDERED.

Dated:      January 21, 2026

                                   Lewis A. Kaplan
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-21-26